AO 10*
Rev. 1/2014

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Schreier. Karen E. | U.S. District Court. South Dak | 05/12/2014 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge - Active | ☐ Nomination   Date <br> ☐ Initial   ☑ Annual   ☐ Final <br> 5b. ☐ Amended Report | 01/01/2013 to 12/31/2013 |

**7. Chambers or Office Address**

United States District Court
400 S. Phillips Avenue. Rm. 233
Sioux Falls. SD 57104

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | Member Board of Directors | South Dakota Children's Home Society |
| 3. | Member Board of Directors | Federal Judges Association |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schreier, Karen E. | 05/12/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>*(yours, not spouse's)* |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2013 | Self-employed (attorney) |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Federal Judges Association | April 23-25, 2013 | Washington, DC | board of directors meeting | hotel, airfare and meals |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schreier, Karen E. | 05/12/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔  NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔  NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schreier, Karen E. | 05/12/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. BROKERAGE ACCOUNT #1 T. Rowe Price | | | | | | | | | |
| 2. -EQUITY INCOME FUND | C | Dividend | L | T | | | | | |
| 3. -GROWTH STOCK FUND | A | Dividend | L | T | | | | | |
| 4. -NEW HORIZONS FUND | D | Dividend | M | T | | | | | |
| 5. -SCIENCE AND TECHNOLOGY FUND | | None | L | T | | | | | |
| 6. -VALUE FUND | C | Dividend | L | T | | | | | |
| 7. IRA ACCOUNT #1 RBC Wealth Management | | | | | | | | | |
| 8. -Prime Money Market Fund | A | Interest | J | T | | | | | |
| 9. -PACIFIC LIFE FDS Optimization Moderate Class C fund | A | Int./Div. | L | T | | | | | |
| 10. -Pimco FDs Senior Floating Rate FD CL C mutual fund | A | Int./Div. | K | T | Buy | 09/05/13 | K | | |
| 11. -Pimco All Asset Auth Cl C fund | A | Int./Div. | | | Sold | 09/05/13 | K | | |
| 12. NEW YORK LIFE INSURANCE CO. - ANNUITY | B | Interest | K | T | | | | | |
| 13. NEW YORK LIFE UNIVERSAL LIFE POLICY | A | Dividend | K | T | | | | | |
| 14. LINCOLN FINANCIAL GROUP UNIVERSAL LIFE INS. POLICY | A | Dividend | J | T | | | | | |
| 15. JEFFERSON NATIONAL UNIVERSAL LIFE INS. POLICY | A | Dividend | J | T | | | | | |
| 16. METLIFE INS. CO. LIFE INS. POLICY | A | Interest | K | T | | | | | |
| 17. COMMUNITY HEALTH LTD. (2/3 UNIT) | C | Distribution | J | W | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schreier, Karen E. | 05/12/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g.. div.. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g.. buy. sell. redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. HOME FEDERAL BANK ACCOUNT | A | Interest | K | T | | | | | |
| 19. FIRST DAKOTA TITLE INS. LTD. PTR. (1 UNIT) | G | Distribution | N | T | | | | | |
| 20. BROKERAGE ACCOUNT #2 RBC WEALTH MGT | | | | | | | | | |
| 21. - PRIME MONEY MKT FUND | A | Interest | M | T | | | | | |
| 22. -ALLIANCE BERNSTEIN MID CAP GROWTH FUND CL C | | | | | Donated | | | | |
| 23. -ALPS ETF TR ALERIAN MLP FUND | A | Dividend | K | T | Buy (add'l) | 04/10/13 | J | | |
| 24. -ALTRIA GROUP INC. COMMON | B | Dividend | K | T | | | | | |
| 25. -BERKSHIRE HATHAWAY CL B COMMON | | None | L | T | | | | | |
| 26. -CITIGROUP INC. COMMON | A | Dividend | J | T | | | | | |
| 27. -COCA-COLA COMPANY COMMON | A | Dividend | K | T | | | | | |
| 28. -COLGATE-PALMOLIVE COMPANY COMMON | A | Dividend | J | T | | | | | |
| 29. -DEERE & CO.-COMMON | A | Dividend | J | T | | | | | |
| 30. -EMC CORP. MASS COMMON | A | Dividend | J | T | | | | | |
| 31. -GENERAL ELECTRIC COMPANY COMMON | A | Dividend | J | T | | | | | |
| 32. -HOME DEPOT INC. COMMON | A | Dividend | K | T | | | | | |
| 33. -INTEL CORPORATION COMMON | A | Dividend | J | T | | | | | |
| 34. -KRAFT FOODS GROUP INC CL A COMMON | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1.000 or less | B =$1.001 - $2.500 | C =$2.501 - $5.000 | D =$5.001 - $15.000 | E =$15.001 - $50.000 |
| | F =$50.001 - $100.000 | G =$100.001 - $1.000.000 | H1 =$1.000.001 - $5.000.000 | H2 =More than $5.000.000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15.000 or less | K =$15.001 - $50.000 | L =$50.001 - $100.000 | M =$100.001 - $250.000 | |
| | N =$250.001 - $500.000 | O =$500.001 - $1.000.000 | P1 =$1.000.001 - $5.000.000 | P2 =$5.000.001 - $25.000.000 | |
| | P3 =$25.000.001 - $50.000.000 | | P4 =More than $50.000.000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schreier, Karen E. | 05/12/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy. sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -MARKET VECTORS ETF BANK & BROKERAGE -ETF FUND | A | Dividend | J | T | | | | | |
| 36. -MEDTRONIC INC. COMMON | A | Dividend | K | T | | | | | |
| 37. -MERCK & CO. INC. COMMON | A | Dividend | J | T | | | | | |
| 38. -MICROSOFT CORP COMMON | A | Dividend | K | T | | | | | |
| 39. -MONDELEZ INT. INC.-COMMON | A | Dividend | K | T | | | | | |
| 40. -PEPSICO INCORPORATED COMMON | A | Dividend | K | T | | | | | |
| 41. -PFIZER INC. COMMON | A | Dividend | J | T | | | | | |
| 42. -PHILIP MORRIS INTL INC. COMMON | B | Dividend | L | T | | | | | |
| 43. -PROCTOR & GAMBLE CO. COMMON | A | Dividend | J | T | | | | | |
| 44. -UIT FIRST TRUST ENERGY PORT. SER. 43-COMMON | A | Dividend | K | T | | | | | |
| 45. -UIT FIRST TRUST ENERGY SELECT PORT. SER. 47-COMMON | A | Dividend | K | T | Buy | 08/15/13 | K | | |
| 46. -US BANCORP DEL- COMMON | A | Dividend | J | T | | | | | |
| 47. -3M COMPANY COMMON | A | Dividend | J | T | | | | | |
| 48. -VAN ECK FUNDS GLOBAL HARD ASSETS FUND CL C | A | Dividend | J | T | | | | | |
| 49. -WALGREEN CO COMMON | A | Dividend | J | T | | | | | |
| 50. -BP PLC SPONS ADR COMMON | A | Dividend | J | T | | | | | |
| 51. -AMERICAN FUNDS EURO PACIFIC GROWTH FD CL A | A | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schreier, Karen E. | 05/12/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -OPPENHEIMER DEVELOPING MKTS FUND-CL C | | None | K | T | Buy (add'l) | 04/10/13 | J | | |
| 53. -ROYAL DUTCH SHELL PLC COMMON | A | Dividend | J | T | | | | | |
| 54. -THORNBURG INVT TR INTL VALUE FD CLC MUTUAL FUND | A | Dividend | J | T | Buy | 11/15/13 | J | | |
| 55. -THORNBURG INVT TR DEVELOPING WORLD FD CL C MUTUAL FUND | | | K | T | Buy | 11/15/13 | J | | |
| 56. -UIT FIRST TRUST EUROPEAN DEEP VALUE SUB 10 DIVID SEC 7 MUTUAL FUND | A | Interest | K | T | Buy | 10/31/13 | K | | |
| 57. -UIT FIRST TRUSY INTL CAP STRENGTH PORT SER 16 MUTUAL FUND | A | Interest | K | T | Buy | 08/15/13 | K | | |
| 58. -ALLIANCE BERNSTEIN GLOBAL BOND FUND INC CL A | A | Int./Div. | K | T | | | | | |
| 59. -EATON VANCE MUTUAL FUND EMERGING MARKETS | B | Int./Div. | K | T | Buy (add'l) | 07/30/13 | J | | |
| 60. -PIMCO FDS HI YLD CL C | A | Dividend | K | T | | | | | |
| 61. -TEMPLETON GLOBAL BOND FUND-CL C | B | Dividend | K | T | Buy (add'l) | 07/30/13 | J | | |
| 62. --BANK OFAMERICA NA CD | A | Interest | J | T | | | | | |
| 63. -EATON VANCE NAT. MUN. TAX EXEMPT BOND F/K/A common | A | Dividend | J | T | | | | | |
| 64. -NUVEEN FLAGSHIP ALL-AMERICAN MUNICIPAL BOND FUND CL A | A | Interest | K | T | | | | | |
| 65. -THORNBURG LTD TERM MUNICIPAL FUND CL A | A | Interest | K | T | | | | | |
| 66. -SO DAK ST. BLD. ATH LES. REV. AMBAC BOND | | None | | | Redeemed | 12/02/13 | J | | |
| 67. -MARICOPA CO. IDA SFM ETM AZ BOND | | None | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schreier, Karen E. | 05/12/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy. sell. redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 68. -DESCHUTES & JEFFERSON CNTYS OR SD #02J | | None | K | T | | | | | |
| 69. -YUBA CITY CAL. UNI. SCHOOL DIST. BOND | | None | J | T | | | | | |
| 70. -CHELAN CNTY WA PUD #1 COLUMBIA ELEC. & PUB POWER BOND | | None | K | T | Buy | 10/04/13 | K | | |
| 71. -FRANKLIN-MCKINLEY CAL. SCHOOL BOND | | None | J | T | Buy | 10/17/13 | J | | |
| 72. -ALLEN TX INDPT. SCHOOL DIST. BOND | | None | K | T | Buy | 12/03/13 | K | | |
| 73. -PENN ST. TPK COMMON TPK TOLL ROADS | | None | J | T | | | | | |
| 74. -PENN. ST. TPK COMMON TPK TOLL ROADS BOND | | None | J | T | | | | | |
| 75. -METROPOLITAN WASH. DC ARPT. DULLES TOLL ROAD BOND | | None | K | T | Buy | 05/07/13 | K | | |
| 76. - PIMCO ALL ASSET AUTH CL C FUND | B | Int./Div. | K | T | | | | | |
| 77. -PIMCO FDS PAC INVT MGMT SER REAL ESTATE RET STR CL C | | None | K | T | Buy | 04/10/13 | K | | |
| 78. -LINCOLN NATL LIFE AMER. ANNUITY | A | Interest | J | T | | | | | |
| 79. IRA ACCOUNT #2 RBC WEALTH MANAGEMENT | | | | | | | | | |
| 80. -FEDERATED MONEY MKT FD | A | Interest | J | T | | | | | |
| 81. -ISHARES TR RUSSELL MIDCAP INDEX FUND | A | Dividend | K | T | Sold (part) | 04/10/13 | J | A | |
| 82. -VANGUARD ADMIRAL FUNDS INC. S & P 500 GROWTH INDEX FUND | A | Dividend | J | T | Sold (part) | 04/10/13 | J | A | |
| 83. -VANGUARD ADMIRAL FDS. INC.S & P 500 VALUE INDEX | A | Dividend | K | T | Sold (part) | 04/10/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schreier, Karen E. | 05/12/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 84. -VANGUARD INTL EQUITY INDEX FUND EMERGING MARKETS | A | Dividend | J | T | | | | | |
| 85. -VANGUARD TAX MANAGED FUND DEVELOPED MARKETS ETF | A | Dividend | K | T | | | | | |
| 86. -EATON VANCE EMERGING MKTS LOCAL INCOME FUND CL 1 | B | Dividend | J | T | Buy | 04/10/13 | J | | |
| 87. -EATON VANCE INCOME FUND BOSTON INC INST CL | A | Dividend | J | T | | | | | |
| 88. -EATON VANCE GLOBAL MACRO ABSOLUTE RETURN FUND CL I | A | Interest | J | T | | | | | |
| 89. -EATON VANCE MUT FDS TR FLTG RATE FD CL A | A | Int./Div. | J | T | | | | | |
| 90. -FT TEMPLETON GLOBAL BOND A | A | Interest | J | T | | | | | |
| 91. -FRANKLIN INVS. SER. TR REAL ESTATE FD ADVISOR CL | A | Interest | J | T | | | | | |
| 92. -NEUBERGER BERMAN INC. FDS NEW HIGH INCOME BD FD. INV CL | A | Interest | J | T | | | | | |
| 93. -FICO STRIPS SERIES E BOND | | None | K | T | | | | | |
| 94. -US TREAS. SEC. STRPD. BOND | | None | K | T | | | | | |
| 95. -FHR 21 21-Z f/k/a FEDL. HOME LOAN MTG. CORP. BOND | A | Interest | J | T | | | | | |
| 96. -PIMCO ALL ASSET ALL AUTHORITY MUTUAL FUND (X) | A | Interest | J | T | | | | | |
| 97. BROKERAGE ACCOUNT #3 RBC WEALTH MANAGEMENT | | | | | | | | | |
| 98. -GALENA PARK IND. BOND | | None | K | T | | | | | |
| 99. -CLACKMUS & WASHINGTON SERV A BOND | | None | K | T | | | | | |
| 100. -SOUTHERN MINNESOTA MUNI PWR BOND | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schreier, Karen E. | 05/12/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy. sell. redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 101. -SOUTHERN MN MUN PWR AGY SUPPLY BOND | | None | K | T | | | | | |
| 102. -PENN ST TPK COMMN TPK TOLL ROADS BOND | | None | K | T | | | | | |
| 103. - PRIME MONEY MARKET FUND | A | Interest | J | T | | | | | |
| 104. FIRST NATIONAL BANK IN SIOUX FALLS ACCOUNT | | None | L | T | | | | | |
| 105. FIRST NATIONAL BANK IN SIOUX FALLS ACCOUNT | | None | J | T | | | | | |
| 106. DOUGHERTY & DOUGHERTY LLP | D | Interest | N | W | | | | | |
| 107. DISCOVER BANK ACCOUNT | C | Interest | M | T | | | | | |
| 108. BROKERAGE ACCOUNT #4 SCHWAB | | | | | | | | | |
| 109. -SCHWAB GOVT MMK | A | Interest | | | Closed | 06/14/13 | L | | |
| 110. -MARINA BIOTECH INC. COMMON | | None | | | Sold | 11/15/13 | J | | |
| 111. -SPECTRASCIENCE COMMON | | None | | | Sold | 11/15/13 | J | | |
| 112. -MORGAN STANLEY GROUP INC. BOND | A | Interest | | | Redeemed | 03/18/13 | J | A | |
| 113. -MORGAN STANLEY GROUP INC. FLOATING RATE NTS | A | Interest | | | Redeemed | 02/28/13 | J | A | |
| 114. BENEFICIARY SEP IRA #1 RBC WEALTH MGT | | | | | | | | | |
| 115. -SCHWAB GOVT MMF | A | Dividend | | | Closed | 08/15/13 | N | | |
| 116. -FEDERATED MONEY MARKET | A | Interest | J | T | Open | 06/14/13 | J | | |
| 117. -ALPS ETF TR ALERIAN MLP | A | Dividend | J | T | Buy | 08/15/13 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schreier, Karen E. | 05/12/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy. sell. redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 118. | | | | | Buy (add'l) | 09/13/13 | J | | |
| 119. | | | | | Buy (add'l) | 10/15/13 | J | | |
| 120. | | | | | Buy (add'l) | 11/15/13 | J | | |
| 121. | | | | | Buy (add'l) | 12/13/13 | J | | |
| 122. -ISHARES RUSSELL MID CAP ETF | A | Dividend | J | T | Buy | 08/15/13 | J | | |
| 123. | | | | | Buy (add'l) | 09/13/13 | J | | |
| 124. | | | | | Buy (add'l) | 10/15/13 | J | | |
| 125. | | | | | Buy (add'l) | 11/15/13 | J | | |
| 126. | | | | | Buy (add'l) | 12/13/13 | J | | |
| 127. -OAKTREE CAP GROUP LLC | A | Dividend | J | T | Buy | 08/15/13 | J | | |
| 128. | | | | | Buy (add'l) | 09/13/13 | J | | |
| 129. | | | | | Buy (add'l) | 10/15/13 | J | | |
| 130. | | | | | Buy (add'l) | 11/15/13 | J | | |
| 131. | | | | | Buy (add'l) | 12/13/13 | J | | |
| 132. -POWERSHARES GLOBAL ETF FUND GLOBAL WATER PORTFOLIO | A | Dividend | J | T | Buy | 08/15/13 | J | | |
| 133. | | | | | Buy (add'l) | 09/13/13 | J | | |
| 134. | | | | | Buy (add'l) | 10/15/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schreier, Karen E. | 05/12/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 135. | | | | | Buy (add'l) | 11/15/13 | J | | |
| 136. | | | | | Buy (add'l) | 12/13/13 | J | | |
| 137. -VANGUARD ADMIRAL FDS INC S&P 500 GROWTH INDEX FD ETF | A | Dividend | K | T | Buy | 08/15/13 | J | | |
| 138. | | | | | Buy (add'l) | 09/13/13 | J | | |
| 139. | | | | | Buy (add'l) | 10/15/13 | J | | |
| 140. | | | | | Buy (add'l) | 11/15/13 | J | | |
| 141. | | | | | Buy (add'l) | 12/13/13 | J | | |
| 142. -VANGUARD ADMIRAL FDS INC S&P 500 VALUE INDEX FD ETF SHS | A | Dividend | J | T | Buy | 08/15/13 | J | | |
| 143. | | | | | Buy (add'l) | 09/13/13 | J | | |
| 144. | | | | | Buy (add'l) | 10/15/13 | J | | |
| 145. | | | | | Buy (add'l) | 11/15/13 | J | | |
| 146. | | | | | Buy (add'l) | 12/13/13 | J | | |
| 147. -VANGUARD INDEX FUNDS SMALL-CAP VALUE ETF | A | Dividend | J | T | Buy | 08/15/13 | J | | |
| 148. | | | | | Buy (add'l) | 09/13/13 | J | | |
| 149. | | | | | Buy (add'l) | 10/15/13 | J | | |
| 150. | | | | | Buy (add'l) | 11/15/13 | J | | |
| 151. | | | | | Buy (add'l) | 12/13/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schreier, Karen E. | 05/12/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g.. div.. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g.. buy. sell. redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 152. -VANGUARD SECTOR INDEX FUND VANGUARD TELECOMMUNICATION SERVICES ETF | A | Dividend | J | T | Buy | 08/15/13 | J | | |
| 153. | | | | | Buy (add'l) | 09/13/13 | J | | |
| 154. | | | | | Buy (add'l) | 10/15/13 | J | | |
| 155. | | | | | Buy (add'l) | 11/15/13 | J | | |
| 156. | | | | | Buy (add'l) | 12/13/13 | J | | |
| 157. -VANGUARD FTSE EMERGING MARKETS ETF FTSE EMERGING INDEX | A | Dividend | J | T | Buy | 07/30/13 | J | | |
| 158. | | | | | Buy (add'l) | 09/13/13 | J | | |
| 159. | | | | | Buy (add'l) | 10/15/13 | J | | |
| 160. | | | | | Buy (add'l) | 11/15/13 | J | | |
| 161. | | | | | Buy (add'l) | 12/13/13 | J | | |
| 162. -VANGUARD TAX MANAGED FUND | A | Dividend | K | T | Buy | 07/30/13 | J | | |
| 163. | | | | | Buy (add'l) | 09/13/13 | J | | |
| 164. | | | | | Buy (add'l) | 10/15/13 | J | | |
| 165. | | | | | Buy (add'l) | 11/15/13 | J | | |
| 166. | | | | | Buy (add'l) | 12/13/13 | J | | |
| 167. -VANGUARD INTERMEDIATE TERM BOND ETF | A | Interest | K | T | Buy | 08/15/13 | J | | |

| 1. Income Gain Codes: | A =$1.000 or less | B =$1.001 - $2.500 | C =$2.501 - $5.000 | D =$5.001 - $15.000 | E =$15.001 - $50.000 |
| (See Columns B1 and D4) | F =$50.001 - $100.000 | G =$100.001 - $1.000.000 | H1 =$1.000.001 - $5.000.000 | H2 =More than $5.000.000 | |
| 2. Value Codes | J =$15.000 or less | K =$15.001 - $50.000 | L =$50.001 - $100.000 | M =$100.001 - $250.000 | |
| (See Columns C1 and D3) | N =$250.001 - $500.000 | O =$500.001 - $1.000.000 | P1 =$1.000.001 - $5.000.000 | P2 =$5.000.001 - $25.000.000 | |
| | P3 =$25.000.001 - $50.000.000 | | P4 =More than $50.000.000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schreier, Karen E. | 05/12/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 168. | | | | | Buy (add'l) | 09/13/13 | J | | |
| 169. | | | | | Buy (add'l) | 10/15/13 | J | | |
| 170. | | | | | Buy (add'l) | 11/15/13 | J | | |
| 171. -SPDR BARCLAYS INTERNATIONAL TREASURY BOND ETF | A | Interest | J | T | Buy | 07/30/13 | J | | |
| 172. | | | | | Buy (add'l) | 09/13/13 | J | | |
| 173. | | | | | Buy (add'l) | 10/15/13 | J | | |
| 174. | | | | | Buy (add'l) | 11/15/13 | J | | |
| 175. | | | | | Buy (add'l) | 12/13/13 | J | | |
| 176. -EATON VANCE EMERGING MKTS LOCAL FD CL I | A | Interest | J | T | Buy | 07/30/13 | J | | |
| 177. | | | | | Buy (add'l) | 09/13/13 | J | | |
| 178. | | | | | Buy (add'l) | 10/15/13 | J | | |
| 179. | | | | | Buy (add'l) | 11/15/13 | J | | |
| 180. | | | | | Buy (add'l) | 12/13/13 | J | | |
| 181. -EATON VANCE INCOME FD BOSTON INC INSTL CL | A | Interest | J | T | Buy | 08/15/13 | J | | |
| 182. | | | | | Buy (add'l) | 09/13/13 | J | | |
| 183. | | | | | Buy (add'l) | 10/15/13 | J | | |
| 184. | | | | | Buy (add'l) | 11/15/13 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schreier, Karen E. | 05/12/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 185. | | | | | Buy (add'l) | 12/13/13 | J | | |
| 186. -EATON VANCE MUT FUNDS TRUST FLTG RATE HIGH INCOME FD CL I | A | Interest | K | T | Buy | 08/15/13 | J | | |
| 187. | | | | | Buy (add'l) | 09/13/13 | J | | |
| 188. | | | | | Buy (add'l) | 10/15/13 | J | | |
| 189. | | | | | Buy (add'l) | 11/15/13 | J | | |
| 190. -FRANKLIN INVS SECS TR REAL RETURN FD ADVISOR CL | A | Interest | J | T | Buy | 08/15/13 | J | | |
| 191. | | | | | Buy (add'l) | 08/19/13 | J | | |
| 192. | | | | | Buy (add'l) | 09/13/13 | J | | |
| 193. | | | | | Buy (add'l) | 10/15/13 | J | | |
| 194. | | | | | Buy (add'l) | 11/15/13 | J | | |
| 195. | | | | | Buy (add'l) | 12/13/13 | J | | |
| 196. -FRANKLIN INVS SECS TR FLTG RATE DAILY ACCESS ADVISOR CL | B | Interest | K | T | Buy | 08/19/13 | K | | |
| 197. -FIDELITY ADVISOR FLOATING RATE HIGH INCOME FD CL I | B | Interest | K | T | Buy | 08/19/13 | K | | |
| 198. -HARTFORD MUTUAL FUND INC FLTG RATE HIGH INCOME FD CL I | B | Interest | K | T | Buy | 08/19/13 | K | | |
| 199. -ISHARES IBOXX $ HIGH YIELD CORPORATE BOND ETF | A | Interest | J | T | Buy | 8/15/13 | J | | |
| 200. | | | | | Buy (add'l) | 09/13/13 | J | | |
| 201. | | | | | Buy (add'l) | 10/15/13 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schreier, Karen E. | 05/12/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g.. div.. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g.. buy. sell. redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 202. | | | | | Buy (add'l) | 11/15/13 | J | | |
| 203. | | | | | Buy (add'l) | 12/13/13 | J | | |
| 204. -POWERSHARES GLOBAL EXCHANGE TRADED FD TR EMERGING MARKETS SOVEREIGN | A | Interest | J | T | Buy | 07/30/13 | J | | |
| 205. | | | | | Buy (add'l) | 09/13/13 | J | | |
| 206. | | | | | Buy (add'l) | 10/13/13 | J | | |
| 207. | | | | | Buy (add'l) | 11/15/13 | J | | |
| 208. | | | | | Buy (add'l) | 12/13/13 | J | | |
| 209. -ISHARES TIPS BOND ETF | A | Interest | J | T | Buy | 08/15/13 | J | | |
| 210. | | | | | Buy (add'l) | 09/13/13 | J | | |
| 211. | | | | | Buy (add'l) | 10/15/13 | J | | |
| 212. | | | | | Buy (add'l) | 11/15/13 | J | | |
| 213. | | | | | Buy (add'l) | 12/13/13 | J | | |
| 214. -SPDR SERIES TRUST SPDR DB INTL GOVT INFLATION PROTECTED BOND ETF | A | Interest | J | T | Buy | 07/30/13 | J | | |
| 215. | | | | | Buy (add'l) | 09/13/13 | J | | |
| 216. | | | | | Buy (add'l) | 10/15/13 | J | | |
| 217. | | | | | Buy (add'l) | 11/15/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1.000 or less | B =$1.001 - $2.500 | C =$2.501 - $5.000 | D =$5.001 - $15.000 | E =$15.001 - $50.000 |
|---|---|---|---|---|---|
| | F =$50.001 - $100.000 | G =$100.001 - $1.000.000 | H1 =$1.000.001 - $5.000.000 | H2 =More than $5.000.000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15.000 or less | K =$15.001 - $50.000 | L =$50.001 - $100.000 | M =$100.001 - $250.000 | |
| | N =$250.001 - $500.000 | O =$500.001 - $1.000.000 | P1 =$1.000.001 - $5.000.000 | P2 =$5.000.001 - $25.000.000 | |
| | P3 =$25.000.001 - $50.000.000 | | P4 =More than $50.000.000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schreier, Karen E. | 05/12/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 218. | | | | | Buy (add'l) | 12/13/13 | J | | |
| 219. -PIMCO ALL ASSET ALL AUTHORITY P | A | Int./Div. | J | T | Buy | 08/15/13 | J | | |
| 220. | | | | | Buy (add'l) | 09/13/13 | J | | |
| 221. | | | | | Buy (add'l) | 10/15/13 | J | | |
| 222. | | | | | Buy (add'l) | 11/15/13 | J | | |
| 223. | | | | | Buy (add'l) | 12/13/13 | J | | |
| 224. -SPDR INDEX SHS FDS DOW JONES GLOBAL REAL ESTATE ETF | | | J | T | Buy | 08/15/13 | J | | |
| 225. | | | | | Buy (add'l) | 09/13/13 | J | | |
| 226. | | | | | Buy (add'l) | 10/15/13 | J | | |
| 227. | | | | | Buy (add'l) | 11/15/13 | J | | |
| 228. | | | | | Buy (add'l) | 12/13/13 | J | | |
| 229. BENEFICIARY TRAD IRA #2 | | | | | | | | | |
| 230. -SCHWAB GOVT MONEYMARKET FUND | B | Int./Div. | | | Closed | 08/15/13 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schreier, Karen E. | 05/12/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

THE ASSETS IN BROKERAGE ACCOUNT #4 ON MY 2012 REPORT WERE EITHER SOLD, REDEEMED, OR TRANSFERRED TO BROKERAGE ACCOUNT #2 RBC WEALTH MANAGEMENT. BROKERAGE ACCOUNT #4 IS NOW CLOSED.

MARIANA BIOTECH (LINE 109) AND SPECTRAVISION (110) WERE SOLD AT A LOSS. AS A RESULT, NO CAPITAL GAIN IS REPORTED.

BANK AMER. CORP. BOND AS REPORTED AT LINE 114 IN MY 2012 REPORT WAS REDEEMED ON 11/23/2012. I INADVERTANTLY FAILED TO INCLUDE THE REDEMPTION ON MY REPORT. THE FOLLOWING INFORMATION SHOULD HAVE BEEN INCLUDED: (B)(1) - BLANK, (B)(2) NONE, (C)(1) AND (2) BLANK; (D)(1) SOLD, (D)(2) 11/23/2012, (D)(3) J; AND THERE WAS NO GAIN.

I ALSO FAILED TO REPORT A PURCHASE ON MY 2012 REPORT. THE ASSET PURCHASED WAS PIMCO ALL ASSET ALL AUTHORITY MUTUAL FUND. IT IS REPORTED ON THIS REPORT AT LINE 95. THE FOLLOWING ADDITIONAL INFORMATION SHOULD HAVE BEEN INCLUDED IN MY 2012 REPORT: (B)(1) A: (B)(2) INT.: (C)(1) J: (C)(2) T: (D)(1) BUY: (D)(2) 08/29/12: (D)(3) J.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Karen E. Schreier**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544